**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23440-CIV-MARTINEZ**

ALEXANDER KLEMENTIEV and
MAXIMILIANO EMMANUEL TORANZO,

      Petitioners,

v.

SECRETARY MARKWAYNE MULLIN,
U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

      Respondents.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On May 22, 2026, the Court entered an Order [ECF No. 3] requiring Petitioners to pay the Clerk's filing fee of $405.00 or submit a motion to proceed *in forma pauperis*. To date, Petitioners have taken neither action nor sought an extension of time to do so. The May 22, 2026 Order cautioned that "[f]ailure to comply with this Order may result in dismissal of this case." (May 22, 2026 Order 1). Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**. The Clerk is instructed to mark the case as **CLOSED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 3 day of June 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    all counsel of record